IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAVARIS J. MEANS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-2325-E |
| | § | |
| ATTORNEY GENERAL'S OFFICE OF | § | |
| TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation and supplemental findings, conclusions, and recommendations in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS all the findings, conclusions, and recommendations of the United States Magistrate Judge entered in this case.

SO ORDERED this 10th day of November, 2025.

ADA BROWN
UNITED STATES DISTRICT JUDGE